UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
————————————————————————

JOHN FALITICO, JR.
                          Petitioner,
            vs.

                                                5:05-cv-0548
UNITED STATES OF AMERICA,                       5:01-cr-0435

                          Respondent.
————————————————————————

APPEARANCES:                        OF COUNSEL:

John Falitico, Jr.
*Petitioner*, *Pro Se*
11099-052
Federal Correctional Institution
Box 1000
Morgantown, WV 26507-1000

Office of the United States Attorney        John M. Katko, Esq.
P.O. Box 7198
100 South Clinton Street
Syracuse, NY 13261-7198

**Hon. Norman A. Mordue, Chief U.S. District Judge**

## <u>ORDER</u>

Presently before the Court for consideration is a request from petitioner to dismiss his 2255 motion. *See* docket no.10. By his request, petitioner states that he seeks the dismissal of this action with prejudice.

The Government has no objection to petitioner John Falitico's request to dismiss this 2255 motion. *See* docket no. 11.

In light of the foregoing, petitioner's request is granted and the Clerk is directed to dismiss this action with prejudice.

WHEREFORE, it is hereby

ORDERED, that petitioner's letter motion to dismiss this action with prejudice (docket no.

10) is granted, and it is further

ORDERED, that the Clerk serve a copy of this Order on the parties hereto by regular mail.

IT IS SO ORDERED.

Dated: December 6, 2006
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge

2